UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:
RIVERROCK NEHEMIAH REALTY LLC

CASE NO: 14-45041-NHL

DEBTOR                                                                                   CHAPTER 11
-----------------------------------------------------------X

## AFFIDAVIT PURSUANT TO RULE 1007-4

STATE OF NEW YORK    )
COUNTY OF NEW YORK )

Thema Norton, being duly sworn, deposes and says.

1. I am member of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

2. On October 2, 2014, the Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

3. There are no pending bankruptcy case filings by this Debtor.

4. The Debtor is a New York limited liability company. The Debtor is a non-public Company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. Thema Norton holds a 100% interest in the Debtor and is its Managing Member.

5. The Debtor is not a small business within the meaning of the Bankruptcy Code Section 105 (51D) and is engaged in the real estate business with its principal asset located at. The Debtor's filing of Chapter 11 was precipitated by the foreclosure sale of 774 Rockaway Avenue, Brooklyn, NY scheduled for October 2, 2014.

6. There is no pre-petition creditors committee.

7. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is

required to file with this petition a list containing the name and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S. C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code.

8. There was no receiver appointed in the state court action.

9. A listing of the foreclosure action pending against the Debtor is included on the Debtor Statement of Financial Affairs.

10. The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed contemporaneously herewith.

11. Debtor intends leases the commercial units and refinancing the current mortgages.

12. The needs and interests of the debtor and its creditors shall best be served by the debtor's continued operation and management of the business. The debtor believes that the interests of all parties would best be served by the continuation of its business operations as a Debtor-In-Possession under Chapter 11 until confirmation of a plan of reorganization.

RIVERROCK NEHEMIAH REALTY LLC

By: /s/ Thema Norton
Title: President

Sworn to before me this
15t[h] day October 2014
//s Narissa A. Joseph
Notary Public